IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAHER CONRAD SUAREZ,

    Petitioner,

v.

JEFFREY BEARD,

    Respondent.

No. C 15-03489 HRL (PR)

**ORDER OF DISMISSAL**

On July 29, 2015, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk sent Petitioner a notice stating that the action was deficient because he did not pay the filing fee or file an In Forma Pauperis Application. (Docket No. 2.) Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action. (Id.) On August 26, 2015, Petitioner sent a letter to the Court indicating that he was attempting to have the filing fee sent to the Court. (Docket No. 3.) The Court has received no further communication from Petitioner and the deadline has since passed.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The Clerk shall terminate any pending motions and close the file.

Order of Dismissal
P:\PRO-SE\HRL\HC.15\03489Suarez_dism-ifp.wpd

DATED: 9/16/15

HOWARD R. LLOYD
United States Magistrate Judge