IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER CONRAD SUAREZ,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY BEARD,<br><br>Respondent. | No. C 15-03489 HRL (PR)<br><br>**ORDER REOPENING CASE** |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 17, 2015, the Court dismissed the action without prejudice for failure to pay the filing fee. (Docket No. 4.) It appears that Petitioner has paid the filing fee. (Docket no. 6.) In the interest of justice, the matter shall be reopened, and the Court will conduct an initial review of the petition in a separate order.

The Clerk shall reopen this action.

**IT IS SO ORDERED.**

DATED: 9/29/15

HOWARD R. LLOYD
United States Magistrate Judge

Order Reopening Case
P:\PRO-SE\HRL\HC.15\03489Suarez_reopen.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAHER C. SUAREZ,

        Petitioner,

v.

JEFFREY BEARD,

        Respondent.

Case Number: CV15-03489 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/29/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maher Conrad Suarez V82078
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: 9/29/2015

P. Cromwell, deputy
Susan Y. Soong, Clerk